UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/17/2022
```

UNITED STATES OF AMERICA,

               Plaintiff,

       - against -

WANDA DEJESUS,

              Defendant.

22 Cr. 547 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The Court has received the Government's request to schedule an initial conference in this matter for October 28, 2022 at 10:00 AM and the accompanying request for an exclusion of time pursuant to the Speedy Trial Act. (See Dkt. No. 8.) The Court notes that all parties to this action consent to an exclusion of time from the Speedy Trial Act until October 28, 2022.

    It is hereby ordered that an initial conference is scheduled for this matter on October 28, 2022 at 10:00 AM and that time until October 28, 2022 shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendant and the public to a speedy trial.

This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED.**

Dated:   New York, New York
         17 October 2022

_____
Victor Marrero
U.S.D.J.