USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/28/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 22 Cr. 0547 (VM) |
| Plaintiff, | **ORDER** |
| - against - | |
| WANDA DEJESUS, | |
| Defendant. | |

**VICTOR MARRERO**, United States District Judge.

The Court hereby schedules a status conference in this matter for January 6, 2023 at 12:00 PM.

**SO ORDERED.**

Dated:  28 October, 2022
        New York, New York

*[signature]*
Victor Marrero
U.S.D.J.