

**LAW OFFICES**
# LAZZARO LAW FIRM, P.C.
360 COURT STREET
SUITE 3
BROOKLYN, NEW YORK 11231

TELEPHONE: (718) 488-1900
TELECOPIER: (718) 488-1927
EMAIL: LAZZAROLAW@AOL.COM

LANCE LAZZARO

RANDALL LAZZARO *
_____

JAMES KILDUFF *
JAMES KIRSHNER
ROGER GREENBERG

* ADMITTED IN NY & NJ

January 4, 2023

Honorable Victor Marrero
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:** **United States v. Wanda Dejesus**
       **Docket No.: 1:22-cr-00547-VM-1**

Dear Judge Marrero:

Please be advised that I represent Wanda Dejesus with regard to the above-referenced case which is scheduled for a conference this Friday, January 6, 2023. I am asking to adjourn this case for approximately 45 days to February 24, 2023 for the purpose of continuing plea negotiations with the government.

I have spoken with AUSA Rebecca Dell who has no objection to this request. I agree to waive all speedy trial time until the next court date.

Thank you for your attention herein. Please contact me if you have any questions or need any additional information.

Very truly yours,

LAZZARO LAW FIRM, P.C.

BY:        /s/
       JAMES KILDUFF

**Request GRANTED.** The status conference scheduled for January 6, 2023, is hereby adjourned until February 24, 2023 at 11:30 AM. It is further ordered that time until February 24, 2023 shall be excluded from speedy trial calculations pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED.**

1/4/2023
DATE

VICTOR MARRERO, U.S.D.J.