**LAW OFFICES**
**LAZZARO LAW FIRM, P.C.**
360 COURT STREET
SUITE 3
BROOKLYN, NEW YORK 11231

TELEPHONE: (718) 488-1900
TELECOPIER: (718) 488-1927
EMAIL: LAZZAROLAW@AOL.COM

LANCE LAZZARO
RANDALL LAZZARO *
_____
JAMES KILDUFF *
JAMES KIRSHNER
ROGER GREENBERG

* ADMITTED IN NY & NJ

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/12/2023

July 11, 2023

Honorable Victor Marrero
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:  United States v. Wanda Dejesus
     Case No.  22-CR-00547-VM-1

Dear Judge Marrero:

   As your Honor may be aware, I have represented Ms. Wanda Dejesus in the above referenced matter since September 22, 2022. However, on or about June 26, 2023, I was informed by Gregory Grizopoulos, Esq., that he was retained by Ms. Dejesus to represent her in this matter going forward. Mr. Grizopoulos, subsequently filed a Notice of Appearance in this matter with the Court. Accordingly, I respectfully request that I be relieved from any continued representation of Ms. Dejesus with regard to matter. This matter is next scheduled for a status conference on July 21, 2023 at 11:30 a.m.

   Thank you for your attention herein. If you have any questions, please call me.

Very truly yours,

LAZZARO LAW FIRM, P.C.

BY: *James Kilduff*
JAMES KILDUFF

Request GRANTED. The Clerk of Court is respectfully directed to end Mr. Kilduff's appearance in this action.

SO ORDERED.
Dated: 12 July 2023

Victor Marrero
U.S.D.J.