

# GRIZOPOULOS & PORTZ, P.C.
### ATTORNEYS AT LAW

170 OLD COUNTRY ROAD, SUITE 502
MINEOLA, NEW YORK 11501
PHONE: (516) 492-8220 · FAX: (516) 493-9381

GREGORY GRIZOPOULOS
PAUL M. PORTZ, JR.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/7/2023
```

September 7, 2023

Via ECF
Honorable Victor Marrero
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   UNITED STATES v. WANDA DEJESUS
      Case Number:   1:22-CR-00547-VM
      Letter Request for Adjournment

Dear Judge Marrero:

I represent WANDA DEJESUS in the above-captioned matter and is scheduled for conference on Friday, September 8, 2023 at 12:00 pm.

I respectfully request the Court grant an adjournment of this matter until Friday, October 27, 2023 at 2:30 pm or any time thereafter, for the purpose of continuing plea negotiations with the government and for continued discovery.

I have spoken with AUSA Rebecca Dell who has no objection to this request. I further agree to waive all speedy trial time until Friday, October 27, 2023 at 2:30pm.

Thank you very much for your time and attention in this request. If you have any questions, concerns or need any additional information please contact my office.

Respectfully submitted,

Gregory Grizopoulos, Esq.

cc. AUSA Rebecca Dell, via ECF

---

Request GRANTED. The Court hereby reschedules the conference adjourned to October 20, 2023 (see Dkt. No. 29) to October 27, 2023 at 2:30 PM. It is also hereby ORDERED that time until October 27, 2023 shall be excluded from speedy trial calculations. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) and (iv).
**SO ORDERED.**
Dated: 7 September, 2023

Victor Marrero
U.S.D.J.