USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/4/2023

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :         22-CR-547-VM-1
        -against-                   :
                                    :              ORDER
    Wanda Dejesus                   :
                                    :
        Defendant                   :
                                    :
------------------------------------X
```

Victor Marrero, United States District Judge:

Upon the report of Pretrial Services, it is hereby ORDERED that the defendant's release conditions be modified to include mental health evaluation/treatment as directed by Pretrial Services.

Dated: New York, New York

September  29  , 2023

SO ORDERED:

_____
Honorable Victor Marrero
United States District Judge