

# GRIZOPOULOS & PORTZ, P.C.
## ATTORNEYS AT LAW

170 OLD COUNTRY ROAD, SUITE 502
MINEOLA, NEW YORK 11501
PHONE: (516) 492-8220 · FAX: (516) 493-9381

**GREGORY GRIZOPOULOS**
**PAUL M. PORTZ, JR.**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/26/23
```

December 7, 2023

<u>Via ECF</u>
Honorable Victor Marrero
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   <u>UNITED STATES v. WANDA DEJESUS</u>
      Case Number:   1:22-CR-00547-VM
      Letter Request to Change Court Date/ Adjournment

Dear Judge Marrero:

I represent WANDA DEJESUS in the above-captioned matter and the matter is scheduled for conference on **Friday, January 12, 2024** at **1:30 pm**.

I apologize for the inconvenience, however I am scheduled to be out of state on vacation with my family on the holiday weekend beginning Thursday January 11. Therefore, I respectfully request the Court grant my request to change the date and/or for an adjournment of this matter for another Friday date convenient to the court thereafter, for the purpose of continuing plea negotiations with the government and potentially schedule the matter for trial.

I have spoken with AUSA Rebecca Dell who has no objection to my application/request to change the court date. I further agree to waive all speedy trial time until the next scheduled court date as scheduled by the court.

Thank you very much for your time and attention in this request. If you have any questions, concerns or need any additional information please contact my office.

Respectfully submitted,

Gregory Grizopoulos, Esq.

cc. AUSA Rebecca Dell, via ECF

---

**Request GRANTED.** The above-referenced status conference is hereby adjourned until February 16, 2024, at 2:00 p.m. Time until February 16, 2024, shall be excluded from speedy trial calculations. This order of exclusion is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) and (iv).

**SO ORDERED.**
Dated: Dec. 26, 2023

Victor Marrero
U.S.D.J.