**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/15/2024

UNITED STATES OF AMERICA,

- against -

WANDA DEJESUS,

Defendant.

**22 CR 547 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

By letter on March 15, 2024, the parties jointly request that the Court schedule a jury trial in this matter and offer a proposed trial schedule for the Court's consideration. (Dkt. No. 39.) The Court hereby **GRANTS** the parties' request, **ADOPTS** the parties' proposed schedule, **ADJOURNS** the status conference scheduled for March 22, 2024, and **SCHEDULES** a final pre-trial conference for November 22, 2024, at 11:00 A.M.

Defendant Wanda Dejesus consents to an exclusion of time from the Speedy Trial Act until November 22, 2024. It is hereby ordered that time until November 22, 2024, shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

Accordingly, it is hereby

**ORDERED** that the trial in this matter shall be scheduled to begin with jury selection on **December 3, 2024**, with openings and witness testimony to commence on **December 9, 2024**, and continue thereafter until the trial concludes; and it is further

**ORDERED** that the status conference scheduled for March 22, 2024, is hereby adjourned; and it is further

**ORDERED** that a final pretrial conference shall be scheduled for **November 22, 2024, at 11:00 A.M.**; and it is further

**ORDERED** that time until November 22, 2024, shall be excluded from speedy trial calculations, with Defendant Wanda Dejesus' consent, pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv); and it is further

**ORDRED** that the parties shall comply with the Court's Individual Practices and Trial Procedures, which can be found at <https://www.nysd.uscourts.gov/sites/default/files/practice_documents/vmTrialProcedures.pdf>; and it is further

**ORDERED** that the parties shall file all pretrial submissions described in the Court's Trial Procedures Section I(B) on or by **Sunday, November 3, 2024**.

2

**SO ORDERED.**

Dated:      15 March 2024
            New York, New York

_____
            Victor Marrero
            U.S.D.J.