**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA

         - against -

WANDA DEJESUS,

                 Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/9/2024

**22 Cr. 547(VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Final Pre-Trial Conference, the Trial, and all related deadlines are hereby adjourned *sine die* pending the resolution of plea proceedings.

**SO ORDERED.**

Dated:    October 9, 2024
            New York, New York

_____
Victor Marrero
U.S.D.J.