USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/11/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA

       - against -

WANDA DEJESUS,

               Defendant.

22 Cr. 547(VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    WHEREAS, with the consent of defendant WANDA DEJESUS, the defendant's guilty plea allocution was taken before a United States Magistrate Judge on October 4, 2024;

    WHEREAS, a transcript of the allocution was made and thereafter transmitted to this Court;

    WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily, and that there was a factual basis for the guilty plea.

    IT IS HEREBY ORDERED that the defendant's guilty plea is accepted. Sentencing is scheduled for January 3, 2025 at 1:00 pm.

**SO ORDERED.**

Dated:    October 11, 2024
           New York, New York

                                                 _____
                                                 Victor Marrero
                                                   U.S.D.J.