**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/18/2024
```

UNITED STATES OF AMERICA

        - against -

WANDA DEJESUS,

                Defendant.

22 Cr. 547(VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The Court hereby adjourns the sentencing currently scheduled for January 3, 2025, until January 31, 2025, at 1:00 pm.

**SO ORDERED.**

Dated:    December 18, 2024
            New York, New York

                                          Victor Marrero
                                            U.S.D.J.