

# GRIZOPOULOS & PORTZ, P.C.
## ATTORNEYS AT LAW

170 OLD COUNTRY ROAD, SUITE 502
MINEOLA, NEW YORK 11501
PHONE: (516) 492-8220 · FAX: (516) 493-9381

GREGORY GRIZOPOULOS
PAUL M. PORTZ, JR.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/28/2025
```

January 27, 2025

<u>Via ECF</u>
Honorable Victor Marrero
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   <u>UNITED STATES v. WANDA DEJESUS</u>
      Case Number:   1:22-CR-00547-VM
      Letter Request to Change Court Date/ Adjournment

Dear Judge Marrero:

I represent WANDA DEJESUS in the above-captioned matter and the matter is scheduled for sentencing on **Friday, January 31,** at **1:00 pm**. I respectfully request an adjournment of the sentencing.

Ms. DeJesus had lower back surgery and is now medically restricted while she recovers. Attached is a doctor's letter indicates that she's not medically cleared to return to work and needs assistance with daily activities until at least March 10, 2025. Perhaps she may be in better physical condition thereafter for sentence. Please find attached a copy of her doctor's letter and operative report.

Therefore, I respectfully request the Court grant my request to change the date and/or for an adjournment of this matter until <u>**Friday, March 14, 2025 at 2:00 pm**</u> or for another Friday date convenient to the court thereafter, for the purpose sentencing. I apologize for any inconvenience.

I further agree to waive all speedy trial time until the next scheduled court date as scheduled by the court.

Thank you very much for your time and attention in this request. If you have any questions, concerns or need any additional information please contact my office.

Respectfully submitted,

*[signature]*

Gregory Grizopoulos, Esq.

cc. AUSA Rebecca Dell, via ECF

---

Request **GRANTED**. The Court hereby adjourns the sentencing scheduled for January 31, 2025, to March 14, 2025, at 2:00 pm.

**SO ORDERED.**   *[signature]*
                  Victor Marrero
                  U.S.D.J.

Dated: January 28, 2025