**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/26/2025
```

UNITED STATES OF AMERICA,

                Plaintiff,

      - against -

WANDA DEJESUS,

                Defendant.

**22 Cr. 0547 (VM)**

**ORDER**

**VICTOR MARRERO**, United States District Judge.

    The sentencing scheduled for June 27, 2025, is hereby adjourned to July 11, 2025, at 3:00 PM. Defense counsel is advised that no further adjournments will be considered absent extraordinary circumstances.

**SO ORDERED.**

Dated:    26 June 2025
             New York, New York

                                            Victor Marrero
                                              U.S.D.J.