```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/11/2025
```

UNITED STATES OF AMERICA,

                Plaintiff,

      - against -

WANDA DEJESUS,

                Defendant.

22 Cr. 0547 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    Defendant seeks an adjournment of the sentencing scheduled for July 11, 2025, in order to explore a forensic mental health evaluation for Defendant based on a letter from Defendant's psychiatrist. The Court notes that Defense Counsel requested the adjournment only hours before the sentencing despite submitting the psychiatrist's letter - which is dated July 3, 2025 – to the Court on July 8, 2025. (See Dkt. No. 64-1 at 1-2.) The Government does not object to the adjournment request.

    The Court is skeptical that a mental health evaluation will be materially beneficial given that Defendant's psychiatrist has already submitted a letter detailing Defendant's mental health. Accordingly, the Court will grant Defendant's request to adjourn the sentencing on the condition that Defendant make a showing that a forensic mental health evaluation is warranted and should be considered by

the Court. The sentencing scheduled for July 11, 2025, is hereby adjourned to August 15, 2025, at 10:00 AM. The Court reiterates that no further adjournments will be considered absent extraordinary circumstances.

**SO ORDERED.**

Dated:   11 July 2025
         New York, New York

Victor Marrero
U.S.D.J.